UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADAM DAVID BODENBACH,

Petitioner - Appellant,

v.

Warden RANDY VALLEY,

Respondent - Appellee.

No. 26-2993

D.C. No. 1:23-cv-00303-REP
District of Idaho,
Boise

ORDER

Before: MILLER and H.A. THOMAS, Circuit Judges.

The request for a certificate of appealability (Docket Entry No. 3) is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**